NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERYMD.COM LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2017-2105

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-06473-AB-JEM, Judge Andre Birotte, Jr.

---

## JUDGMENT

---

FRANK MICHAEL WEYER, TECHCOASTLAW, Los Angeles, CA, argued for plaintiff-appellant.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by LAM K. NGUYEN, MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 9, 2018 | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |